**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re: <br> **ELVIN J. OTERO MARTINEZ <br> (XXX-XX-4420)** <br>                       **Debtor(s)** | Case No.: **18-04264 ESL** <br><br> Chapter 13 |

## MOTION REQUESTING RECONSIDERATION OF THE DISMISSAL ORDER ENTERED ON AUGUST 15TH 2022 (DOC.#85) AND REQUESTING A 30 DAY EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FILED BY CREDITORS ELIUD ORTIZ AND CATALINA ROSARIO (DOC.#84)

**TO THE HONRABLE COURT**:

    **COMES NOW, DEBTOR**, by and through the undersigned attorney, very respectfully ALLEGES and PRAYS:

    1.    On July 12th 2022, creditors Eliud Ortiz and Catalina Rosario (the "Creditors") filed a motion to dismiss the present case, with a one (1) year bar to refile. Doc.#84.

    2.    Pursuant Fed. R. Bank. P. 9006(f), Debtor had a period of thirty (30) days (plus an additional 3 days) to file an objection or other appropriate response (including a request for extension of time) to Creditor's motion. Said period became due on August 15th 2022.

    3.    On August 15th 2022 (Doc.#85) this Honorable Court entered an Order granting Creditor's motion and dismissing the present case as *unopposed*, with a 1 year bar to refile. Doc.#85.

    4.    For the reasons stated herein Debtor respectfully requests that this Honorable Court reconsider the order dismissing the case (Doc. #85), enter an order granting a relief from the same and extending Debtor a final thirty (30) period to respond Creditor's Motion to Dismiss (Doc. #84).

5. As of the filing of Creditor's motion to dismiss and for the past several weeks, the undersigned attorney was in the process of coordinating a meeting with Debtor in order to discuss Creditor's arguments and gather all pertinent information in order to appropriately respond to Creditor's motion. Since said process is still underway, on or before August 15th 2022 the undersigned attorney was going to request a thirty (30) day extension to response to Creditor's motion to dismiss.

6. Nonetheless, August 11th, 2022 the undersigned attorney became substantially ill and was later diagnosed with COVID-19. As a result, on August 11th, 2022 the undersigned attorney's was instructed by his doctor to completely isolate and abstain from all work duties. *See* Exhibit #1. On this same date the undersigned attorney was prescribed the powerful antiviral medication Paxlovid. *See* Exhibit #2.

7. In addition, on August 12th, 2022 the undersigned attorney received a second COVID-19 diagnosis, as well as an Order to Isolate from the Puerto Rico Health Department. *See* Exhibit #3.

8. As a result of the aforementioned, as of August 11th, 2022 until this date the undersigned attorney has been bedridden and suffering from substantial COVID-19 symptoms. In addition, the Paxlovid medication that was prescribed to the undersigned attorney has caused significant drowsiness, making it impossible to work or perform most other daily functions. Said situation made it impossible for the undersigned attorney to file a timely response to Creditors motion to dismiss and/or file a timely motion requesting extension of time to respond.

9. Moreover, since most of the office personnel had substantial unmasked contact with the undersigned attorney prior to the positive COVID-19 diagnosis, we have had to activate the law firm's COVID-19 protocol and require our personnel to work remotely. While as of

August 12th, 2022 the law firm's staff has been able to perform certain work related to active and pending bankruptcy cases remotely (from their homes), due to the sensitive nature of Creditor's motion to dismiss, all of the work surrounding the response to the same was being handled by the undersigned attorney.

10. The undersigned attorney extends its deepest apologies to the Court for not having filed a motion regarding this sensitive matter until this date. However, it was not until this particular date that the undersigned attorney was finally able to feel well enough to log into his home personal computer and verify the calendar and pending Court orders. This situation has not only been extremely difficult, but has had a substantial personal and professional impact over the undersigned attorney.

11. Clearly, the aforementioned situation was completely out of the undersigned attorney's control and in no way should affect Debtor's reorganization efforts, primarily since at all times Debtor has complied with the terms of the confirmed plan. Under these circumstances, maintaining the dismissal order (with bar to refile) without giving Debtor the opportunity to respond to the same would be a gross miscarriage of justice.

12. It is important to reiterate that at the present the undersigned attorney is still under medical treatment and in isolation until full medical clearance. While we expect to be able to resume our work duties after August 22nd, 2022, said possibility will be up to the result of our next medical evaluation.

13. Since upon our return to the office there is a great deal of pending matters to attend to, we are asking this Honorable Court to not only reconsider the order dismissing the case (Doc. #85), granting a relief from the same, but also extend Debtor a final thirty (30) period to

respond Creditor's Motion to Dismiss (Doc. #84). This amount of time will be adequate in order to property respond to said motion to dismiss.

14. The present motion is filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, which is applicable to this matter pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE,** Debtor respectfully requests that this Honorable Court reconsider the order dismissing the case (Doc. #85), enter an order granting a relief from the same and extending Debtor a final thirty (30) period to respond Creditor's Motion to Dismiss (Doc. #84).

### NOTICE OF OPPORTUNITY TO OBJECT

Within FOURTEEN (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification, upon information and belief, of such filing to the following: The Chapter 13 Trustee, The United States Trustee and to all the CM/ECF participants of this case.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this **16th** day of **AUGUST** 2022.

**IGNACIO GARCIA FRANCO USDC 231410**
Attorney for debtor

PO Box 361844
San Juan, P.R. 00936
Tel (787) 478-3379
FAX (1-888) 860-9135
Email: ignaciolaw@gmail.com

***/s/ Ignacio García Franco, Esq.***

Exhibit #1

**MOROVIS COMMUNITY HEALTH CENTER, INC.**
Ave. Corozal, Esquina Patrón
P.O. Box 518
Morovis, Puerto Rico 00687
Tel. 862-3000
OPD
S.S.P. 66-0480-948

Nombre: Ignacio Garcia Franco    Edad: ▮

Dirección: _____

Fecha: 8/11/22

℞

To whom it may concern:

I certify that Ignacio Garcia Franco has been instructed to fully isolate and abstain from work for at least 10 days due to significant Covid-19 symptoms and positive antigen test, until the conclusion of the prescribed antiviral medication and the receipt of negative Covid 19 test.

Refill (0) (1) (2) (3) (4) _____ M.D.
Dea
Lic. No. 22410
Reg. Narc 1396356546

Exhibit #2

**MOROVIS COMMUNITY HEALTH CENTER, INC.**
Ave. Corozal, Esquina Patrón
P.O. Box 518
Morovis, Puerto Rico 00687
Tel. 862-3000
OPD
S.S.P. 66-0480-948

Nombre: Ignacio García Franco   Edad: ███

Dirección: _____

Fecha: 6/11/22

℞

— Paxlovid (300—) Nirmatrelvir /
         100—) Ritonavir

sig. BID x 5 days PO

Refill (0) (1) (2) (3) (4)  _____
Dea                          WILLIAM N. MARRERO LEON, MD   M.D.
Reg. Narc           Lic. No.  LIC. 22410
                              NPI. 1396356549
                              DEA. FM0701688
                              DM30944-3

## Lab.Clinico Borinquen - Alejandrino

Int Carr. PR 177, Lomas Verde
PR 838 Camino Alejandrino
GUAYNABO, PR 00969-9999
DIRECTOR: **Dr. Eliud López**

LIC #1324   CLIA # 40D2088055

012116472

Col. Tec. Med. P.R.
Pat. No.: 0000367
Paid 5 Cents
Exp: 5/31/2023
Num: 000485940

TEL: (787) 708-0342   FAX: (787) 720-4377

L421

| Patient Number | Birthdate | Sex | Page |
|---|---|---|---|
|  |  | M | 1 |

**Physician Name**
MARRERO-LEON, WILLIAM N.

**Origin / Special Instructions**
ALEJANDRINO / ENVIO A MISRESUL

| Ordered On | Supervisor |
|---|---|
| 8/12/2022   9:54AM | SEMF |

| Reported On | M.T. |
|---|---|
| 8/12/2022   10:32AM | IRR |

**Request**: GARCIA-FRANCO, IGNACIO

**Reference**:

| Test | Units | Results Graphic | Normal Range |
|---|---|---|---|

```
SARS CoV-2 ANTIGEN TEST                            BY BD VERITOR
SARS CoV-2 ANTIGEN...........        POSITIVE            NEGATIVE
Method: CHROMATOGRAPHIC DIGITAL IMMUNOASSAY BY BD VERITOR SYSTEM
****************************************************************
Results are for the detection of SARS-CoV-2 nucleocapsid antigens
FOR USE UNDER THE EMERGENCY USE AUTHORIZATION (EUA) ONLY.
INTERPRETATION OF RESULTS:
A positive results indicates the presence of SARS-CoV-2 antigen.
A positive result does not rule out co-infection with other viruses or
bacterial pathogens. The agent detected may not be the definitive cause of
the disease.
A negative result indicates no antigen detected and considered as presumptiv
The negative test does not eliminate the possibility of a Covid virus
infection or bacterial infections, and should be confirmed by a molecular
assay, if necessary. A negative test may occur if the level of
antigens  in the sample is below the detection limit of the test.
Clinical correlation with patient history and other clinical information
is necessary to determine infection status.
" Physicians need to avoid patient treatment based solely on any single test
result, and should interpret all results in the context of other clinical
and laboratory features."
                          * IMPORTANT NOTE *
This test has not been FDA cleared or approved. This test has been authorize
by FDA under an EUA for use by authorized laboratories. This test has been
authorized only for the detection of protein from SARS-CoV-2,not for any
other viruses or pathogens. This test is only authorized for the duration
of the declaration that circumstances exist justifying the authorization of
emergency use of in vitro diagnostics.
   TEST VALIDATED BY: L:8780-IRR  8/12/2022 10:32AM
```




GOBIERNO DE PUERTO RICO

Departamento de Salud
Oficina de Epidemiología e Investigación

8/12/2022

**IGNACIO GARCIA FRANCO**



XXGMBRK0WN

**RE: PROCESO DE INVESTIGACIÓN Y NOTIFICACIÓN DE AISLAMIENTO**

Estimado/a IGNACIO GARCIA FRANCO:

A tenor con las disposiciones de la Ley Núm. 20-2017, según enmendada, se decretó un estado de emergencia para combatir la pandemia. Parte de los esfuerzos que se realizan consisten en identificar y localizar a las personas que tengan un resultado positivo a las pruebas para COVID-19, y a las personas que hayan tenido contacto cercano con éstos, esto nos permite activar la respuesta salubrista que inicia con una investigación epidemiológica.

Usted recibió un resultado positivo a una prueba de detección del virus SARS-CoV-2. Esta carta tiene el propósito de apoyar el proceso de investigación al impartirle instrucciones de aislamiento y ofrecerle las alternativas de tratamiento disponibles. Los tratamientos de COVID-19 podrían ayudar a reducir su riesgo de hospitalización y enfermedad severa. Si manifiesta síntomas leves a moderados, tiene 12 años en adelante y pesa 88lbs. o más, pudiera recibir un tratamiento antiviral o monoclonal. Nuestro equipo está disponible para evaluarle. Comuníquese al número 787-522-3985 o escribirnos al correo electrónico: tratamientomabpr@salud.pr.gov para conocer su elegibilidad.

**Instrucciones de aislamiento**

Estar bajo aislamiento implica que usted debe:

1. Quedarse en su casa y no salir.

    - No debe salir de su hogar, excepto si va a buscar atención médica, hasta que su médico le indique que está bien.
    - No debe ir al trabajo, a la escuela, frecuentar áreas públicas o usar transporte público, incluidos guaguas AMA, tren urbano, servicio de Uber o taxi y sistemas de transporte marítimo. No salga a hacer compras o visitas a farmacias o bancos.

    El tiempo que debe estar en su casa dependerá de su estado de vacunación y presencia de síntomas.

    - Si su vacunación está al día y presenta uno de los siguientes síntomas: fiebre, escalofríos, tos, dificultad para respirar, cansancio o fatiga mayor de lo usual, dolores musculares, dolor de cabeza, pérdida reciente del olfato o el gusto, dolor de garganta, congestión o goteo nasal, náuseas, vómitos o diarrea debe quedarse en su casa por 7 días después del día que empezaron sus síntomas.
    - Si su vacunación está al día y no presenta síntomas, deberá estar en aislamiento por 5 días después del día que se tomó la muestra de su primer resultado positivo.
    - Si usted no tiene la vacunación al día, deberá estar en aislamiento 10 días después del día que empezaron los síntomas, o si no los presentó, después del día que se tomó la muestra de la primera prueba positiva. El aislamiento puede extenderse según progrese el curso de la investigación de caso.

    Por otro lado, si usted se hizo una prueba casera y subió el resultado al Registro Voluntario de Pruebas Caseras, debe visitar un laboratorio o centro fijo debidamente certificado por el Departamento de Salud dentro de un plazo de 48 horas para realizarse una prueba molecular o de antígenos para confirmar su resultado.

2. Separarse de otras personas en su hogar.

    - Si es posible, utilice un baño separado y quédese en un cuarto diferente de las otras personas que vivan en la misma residencia.
    - Si debe estar en el mismo cuarto que otras personas, use una mascarilla que cubra su boca y nariz para evitar la propagación de gérmenes a otras personas.

3. Llamar antes de visitar a su médico.

    - Llame con anticipación a su proveedor de servicios médicos para que pueda prepararse para su visita y déjele saber que tiene o podría tener COVID-19.
    - Tras la evaluación clínica, el médico podrá determinar si cumple con los criterios para los tratamientos disponibles para COVID-19.

4. Cubrir su tos y estornudos

    - Para evitar la propagación de gérmenes a otras personas al toser o estornudar, cúbrase la boca y la nariz con el codo flexionado o con un pañuelo.
    - Tire el pañuelo usado al zafacón inmediatamente y lávese las manos con agua y jabón.

5. Mantener sus manos limpias

    - Lávese las manos con agua y jabón frecuentemente durante al menos 20 segundos.
    - Utilice desinfectante a base de alcohol o "hand sanitizer" si no tiene agua y jabón disponible.

Si tiene alguna pregunta, comuníquese con el centro de orientación de COVID-19 al 939-592-5115 (Horario: lunes a viernes 8am a 8pm. Sábado y domingo de 8am a 5pm).

Cordialmente,

Carlos A Mellado

Secretario de Salud