**Message Pickup Center**

### RE: ▓▓▓0346 - 18-04264-ESL13 Vacate Order

This message will expire after December 7, 2022 2:54:09 PM, GMT+00:00 ✕

**Patricia Elliott** <pelliott@franklincredit.com>    November 7, 2022 2:54:04 PM, GMT+00:00
Alexandra Cardona <acardona@cardonalaw.com> "Jose F. Cardona" <jf@cardonalaw.com>; Gina D' Elia <gdelia@franklincredit.com>

📎 attachments.zip (88.3kB)    📎 All: attachments.zip

Good Morning,

Debtor is post-petition due for 12/1/19-11/1/22 ( 35 payments )

Payment amount $671.99


$671.99 x 35 payments = $23,519.65

Total Post-Petition Delinquency amount due $23,519.65

-

Post-petition payment ledger attached, Thanks !




Thank you,

Patricia Elliott

Bankruptcy Analyst

Franklin Credit Management Corporation

101 Hudson St., 24th Floor

Jersey City, NJ 07302

Phone: 201-604-1800 Ext. 4786  Fax: 201-839-9458

Email: pelliott@franklincredit.com

*Please include bk.info@franklincredit.com on all emails.*


FRANKLIN CREDIT

This Communication (including any and all attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected by Franklin Credit Management Corporation. Any unauthorized use or dissemination of this Communication is strictly prohibited. If you have received this Communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original Communication.


To the extent the Fair Debt Collection Practices Act may be deemed applicable, please be advised this is an attempt to collect a debt and any information obtained will be used for that purpose.


This communication is from a debt collector.