# EXHIBIT I



Government of Puerto Rico
Department of State

Transaction Date: 20-Feb-2018
Register No: 405295
Order No: 1357710

## Government of Puerto Rico

### Certificate of Incorporation

### Article I - Workers Cooperative Name

**The name of the Domestic Workers Cooperative is:  COOPERATIVA DE TRABAJO ASOCIADO DE COMUNICACIONES DE PUERTO RICO COMUNI COOP.**

### Article II - Designated Office and Resident Agent

Its designated office in the Government of Puerto Rico will be located at:

Street Address  **CARR.152 KM 6.7 BO.QUEBRADILLAS, BARRANQUITAS, PR, 00794**
Mailing Address  **HC-01 BOX 5295, BARRANQUITAS, PR, 00794**
Phone  **(787) 314-3238**

The name, street and mailing address of the Resident Agent in charge of said office is:

Name  **PÉREZ LÓPEZ, GILBERTO**
Street Address  **CARR.152 KM 6.7 BO.QUEBRADILLAS, BARRANQUITAS, PR, 00794**
Mailing Address  **HC-01 BOX 5295, BARRANQUITAS, PR, 00794**
Email  **gilbertoperez657@gmail.com**
Phone  **(787) 314-3238**

### Article III - Nature of Business

This is a Non-Profit entity whose nature of business or purpose is as follows:

**CREACIÓN DE EMPLEOS MEDIANTE LA ACTIVIDAD ECONÓMICA QUE SE GENERE Y APORTAR AL CRECIMIENTO ECONÓMICO Y DESARROLLO SOCIAL Y CALIDAD DE VIDA.**

The principal category or purposes that are better described is as follows:

**Economic, Social and Community Development**

The organization form that best identifies this corporation is as follows:

**Institutional Services**

### Article IV - Capital Stock

The corporation shall not have the authority to issue any capital stock.

### Article V - Conditions of Membership

The conditions of membership will be stated in the by-laws.

### Article VI - Incorporators

The name, street and mailing address of each Incorporator is as follows:

COOPERATIVA DE TRABAJO ASOCIADO DE COMUNICACIONES
DE PUERTO RICO COMUNI COOP.

Domestic Workers Cooperative

| | |
|---|---|
| Name | **PÉREZ LÓPEZ, GILBERTO** |
| Street Address | **CARR.152 KM 6.7 BO.QUEBRADILLAS, BARRANQUITAS, PR, 00794** |
| Mailing Address | **HC-01 BOX 5295, BARRANQUITAS, PR, 00794** |
| Email | **gilbertoperez657@gmail.com** |

| | |
|---|---|
| Name | **HERNÁNDEZ ROLÓN, ANGEL** |
| Street Address | **CALLE 13 A K-21 #13 EXT.REXVILLE, BAYAMON, PR, 00957** |
| Mailing Address | **PO.BOX 369, MOROVIS, PR, 00687** |
| Email | |

| | |
|---|---|
| Name | **MERCADO HERNÁNDEZ, GABRIEL** |
| Street Address | **CARR.152 KM 8.0 BO.QUEBRADILLAS SECTOR LOS MERCADOS, BARRANQUITAS, PR, 00794** |
| Mailing Address | **HC-01 BOX 5277, BARRANQUITAS, PR, 00794** |
| Email | |

| | |
|---|---|
| Name | **OTERO MARTINEZ, ELVIN J.** |
| Street Address | **CARR.155 KM BO.BARROS 30 INT.TIERRA LINDAS, OROCOVIS, PR, 00720** |
| Mailing Address | **RR1 BZN 10751, OROCOVIS, PR, 00720** |
| Email | |

| | |
|---|---|
| Name | **MATOS MERCADO, WILLIE** |
| Street Address | **CARR.773 KM 2.0 BO.QUEBRADILLAS, BARRANQUITAS, PR, 00794** |
| Mailing Address | **HC-01 BOX 5470, BARRANQUITAS, PR, 00794** |
| Email | |

## Article VII - Officers

If the faculties of the Incorporators will end upon the filing of the Certificate of Incorporation of a Non-Stock Corporation, the names, physical and mailing address of the persons who will act as Officers until the first annual meeting of the members or until their successors replace them are as follows:

| | |
|---|---|
| Name | **PÉREZ LÓPEZ, GILBERTO** |
| Title | **President** |
| Street Address | **CARR.152 KM 6.7 BO.QUEBRADILLAS, BARRANQUITAS, PR, 00794** |
| Mailing Address | **HC-01 BOX 5295S, BARRANQUITAS, PR, 00794** |
| Email | **gilbertoperez657@gmail.com** |
| Expiration Date | **Indefinite** |

| | |
|---|---|
| Name | **HERNÁNDEZ ROLÓN, ANGEL** |
| Title | **Secretary** |
| Street Address | **CALLE 13 A K-21 #13 EXT.REXVILLE, BAYAMON, PR, 00957** |
| Mailing Address | **PO.BOX 369, MOROVIS, PR, 00687** |
| Email | |
| Expiration Date | **Indefinite** |

| | |
|---|---|
| Name | **OTERO MARTINEZ, ELVIN J.** |

Certificate of Incorporation

Entered by Staff

COOPERATIVA DE TRABAJO ASOCIADO DE COMUNICACIONES DE PUERTO RICO COMUNI COOP.

Domestic Workers Cooperative

Title | **Treasurer**
Street Address | **CARR.155 KM BO.BARROS 30 INT.TIERRAS LINDAS, OROCOVIS, PR, 00720**
Mailing Address | **RR1 BZN 10751, OROCOVIS, PR, 00720**
Email |
Expiration Date | **Indefinite**

## Article VIII - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **31-Jan-2018**

## Supporting Documents

| Document | Date Issued |
|---|---|
| Autorización de Comisionado Desarrollo Cooperativo | 31-Jan-2018 |
| Evidencia de Radicación | 31-Jan-2018 |

## STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We PÉREZ LÓPEZ, GILBERTO,HERNÁNDEZ ROLÓN, ANGEL,MERCADO HERNÁNDEZ, GABRIEL,OTERO MARTINEZ, ELVIN J.,MATOS MERCADO, WILLIE, the undersigned, for the purpose of forming a corporation pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 31st day of January, 2018.

## CLÁUSULAS DE INCORPORACIÓN

## COOPERATIVA DE TRABAJO ASOCIADO DE COMUNICACIONES DE PUERTO RICO
## COMUNI COOP

Los que suscriben, todos mayores de edad y residentes de Puerto Rico, con la capacidad legal necesaria para ello, y de acuerdo con las disposiciones de la Ley General de Sociedades Cooperativas de Puerto Rico, por la presente redactan y aprueban las siguientes Cláusulas de Incorporación.

## ARTÍCULO I – NOMBRE

El nombre es **COOPERATIVA DE TRABAJO ASOCIADO DE COMUNICACIONES DE PUERTO RICO por** sus siglas **COMUNI COOP.**

## ARTÍCULO II – NATURALEZA, FINES Y PROPÓSITOS

La naturaleza de esta Cooperativa es de trabajo asociado, dedicándose a satisfacer las necesidades de trabajo de sus miembros y la comunidad en el área de comunicaciones, seguridad, construcción sin limitarse al desarrollo de empleos.

**Esta Cooperativa se organiza con los siguientes fines y propósitos:**

1. Agrupar asesores, técnicos e instaladores en el área de las comunicaciones y sistemas de seguridad en Puerto Rico para brindarle empleo en su campo facilitando, mediante la asociación voluntaria, la contratación de entidades de todo tipo que requiera los servicios especializados que brinda la cooperativa.

2. Brindar servicios de consultoría, instalación, mantenimiento, reparación, entre otros a equipos de comunicaciones, seguridad y otros afines con los conocimientos y experiencia de los socios de esta cooperativa.

3. Llevar a cabo contratos en las áreas de especialidad de la cooperativa con cualquier persona, firma, asociación, corporación, municipalidad, estado cuerpo político, gubernamental o dependencia de estos.

4. Identificar segmentos de mercado y oportunidades de crecimiento en el mercado insular e internacional.

6. Creación de empleos mediante la actividad económica que se genere y aportar al crecimiento económico y desarrollo social y calidad de vida en Puerto Rico.

**Cláusulas de Incorporación**
**Cooperativa de Trabajo Asociado de Comunicaciones de PR**

7. Realización de contratos de bienes y servicios, administración, seguros, construcción, arrendamiento o compra de terrenos, edificios, equipos, materia prima y sus concomitantes y todo lo relacionado para realizar los fines principales de la Cooperativa.

8. Despertar y mantener en los socios las actitudes necesarias para que juntos resuelvan sus problemas y situaciones que se presentan en un ambiente de amistad, compañerismo y cooperación.

9. Cooperar en, y patrocinar las, actividades del Movimiento Cooperativo.

10. Realizar cualquier otra actividad en beneficio del Desarrollo y Crecimiento de la Cooperativa, incluyendo la formación de subsidiarias tanto a nivel insular como internacional.

Para realizar estos fines y propósitos, la Cooperativa gozará de todos los poderes y facultades que le confieren las leyes del Estado Libre Asociado de Puerto Rico.

## ARTÍCULO III – DURACIÓN

Esta Cooperativa se organiza por tiempo ilimitado.

## Articulo IV - Agente Residente

El Agente Residente de la Cooperativa es el Presidente, Gilberto Pérez López en funciones de su Junta de Directores cuya dirección física es Carr. 152 km 6.7 Bo. Quebradillas Barranquitas 00794.

## ARTÍCULO V – OFICINAS

La oficina principal de la Cooperativa estará ubicada en la Carr 152 km 6.7 Bo. Quebradillas Barranquitas 00974. Su dirección postal es HC 01 Box 5295 Barranquitas PR 00794.

## ARTÍCULO VI – CAPITAL

Las acciones aportadas por los socios, las economías netas acumuladas, las obligaciones de capital, los donativos, las reservas y fondos permanentes y los sobrantes anuales sin asignar, constituyen el capital de la Cooperativa.  La Cooperativa iniciará con un capital de $500.00 (quinientos dólares) pagado por los socios por concepto de acciones comunes. El número de

**Cláusulas de Incorporación**
**Cooperativa de Trabajo Asociado de Comunicaciones de PR**

acciones suscritas al momento de la incorporación es de cincuenta (50), con un valor par de diez dólares ($10.00) por acción.

## ARTÍCULO VII - NÚMERO DE SOCIOS AL MOMENTO DE LA  INCORPORACIÓN

Esta Cooperativa se incorporó con 5 (cinco) socios.

## ARTÍCULO VIII – DISPOSICIONES QUE REGULAN LOS NEGOCIOS DE LA COOPERATIVA

1. La Cooperativa actuará como agente y/o representante de los socios en actividades comerciales, servicios u otras actividades que solicite la matrícula.  Los acuerdos, contratos, convenios, servicios, bienes o productos negociados por la Cooperativa serán de carácter obligatorio para todos los socios.  Ningún socio podrá negociar independientemente con proveedor, representante o personas que ofrecen productos, servicios o bienes que han sido negociados por la Cooperativa o estén en proceso de negociación.  La violación de este acuerdo será considerada como causa justa para comenzar el procedimiento de separación involuntaria del socio, considerando que ha actuado en contra de los intereses de la Cooperativa y de sus fines y propósitos.

2. Esta Cooperativa está organizada de conformidad con la Ley General de Sociedades Cooperativas, Ley 239 del 1 de septiembre de 2004. Las actividades realizadas por esta no serán consideradas como una conspiración o combinación para restringir los negocios ni como monopolio ilegal por causa de sus contratos, negocios o actividades. Además, no se considerará que ha sido organizada con el propósito de disminuir la competencia o de fijar precios arbitrariamente, ni se interpretarán los contratos celebrados entre la Cooperativa, sus socios y otros patrocinadores, ni los demás contratos autorizados o que se celebren a virtud de las disposiciones de la Ley 239, como una restricción ilegal de los negocios o como parte de una conspiración o combinación para realizar un propósito y acto impropio o ilegal.

## ARTÍCULO IX – ENMIENDAS

La Cooperativa se reserva el derecho de enmendar, alterar o derogar cualquier disposición contenida en estas Cláusulas y todos los derechos que se confieren a los socios por estas Cláusulas de Incorporación se entenderán conferidos con sujeción a esta reserva. Disponiéndose que las enmiendas propuestas deberán circular entre los socios con no menos de diez (10) días de anticipación a la Asamblea Anual o asambleas extraordinarias. Disponiéndose además que, en ningún caso el capital autorizado de la Cooperativa podrá reducirse a una cantidad menor del capital pagado al momento de aprobarse una enmienda. Las enmiendas entrarán en vigor después de su aprobación por dos terceras (2/3) partes de

**Cláusulas de Incorporación**
**Cooperativa de Trabajo Asociado de Comunicaciones de PR**

los socios presentes en Asamblea ordinaria o extraordinaria legalmente constituida y de la aprobación de COSSEC.

## ARTICULO X - INCORPORADORES: NOMBRE, DIRECCION Y CIRCUSTANCIAS PERSONALES DE LOS INCORPORADORES

El nombre y circunstancias personales de los incorporadores:

| Nombre | Circunstancias personales |
|---|---|
| Gilberto Pérez López | Mayor de edad, soltero y vecino de Barranquitas |
| Ángel Hernández Rolón | Mayor de edad, casado y vecino de Bayamón |
| Gabriel Mercado Hernández | Mayor de edad, casado y vecino de Barranquitas |
| Elvin J. Otero Martínez | Mayor de edad, soltero y vecino de Orocovis |
| Willie Matos Mercado | Mayor de edad, casado y vecino de Barranquitas |





**Cláusulas de Incorporación**
**Cooperativa de Trabajo Asociado de Comunicaciones de PR**



El nombre, apellidos y dirección postal de los incorporadores de esta Cooperativa y el número de acciones suscritas son como sigue:

| Nombre | Dirección Postal, Física, correo electrónico y número de teléfono | Acciones Suscritas |
|---|---|---|
| Gilberto Pérez López **Presidente** | Hc 01 Box 5295 Barranquitas PR 00974. Carr 152 km 6.7 Bo. Quebradillas Barranquitas 00974. (787)314-3238, gilbertoperez657@gmail.com | 10 |
| Ángel Hernández Rolón **Secretario** | P. O. Box 369 Morovis PR 00687, Calle 13 A K-21 #13 Ext Rexville Bayamón PR 00957. (787) 314-0430, rj45datavoicesistem@gmail.com | 10 |
| Gabriel Mercado Hernández | Hc 01 Box 5277 Barranquitas PR 00794. Carr 152 km 8.0 bo Quebradillas Sector Los Mercados Barranquitas PR 00794 . (787)210-6274 mercado7626@gmail.com | 10 |
| Elvin J. Otero Martínez **Tesorero** | RR1 Bzn 10751 Orocovis PR 00720. Carr 155 Km Bo. Barros 30 Int. Tierras Lindas, Orocovis PR 00720. (787)325-8874, elvinelectric@gmail.com | 10 |
| Willie Matos Mercado | Hc 01 Box 5470 Barranquitas PR 00794. Carr 773 Km 2.0 Bo Quebradillas Barranquitas PR 00794. (787391-8435) williammatos2017@gmail.com | 10 |
| Total | | 50 |



**Cláusulas de Incorporación**
**Cooperativa de Trabajo Asociado de Comunicaciones de PR**

EN TESTIMONIO DE LO CUAL, firmamos la presente en <u>Barranquitas</u>, Puerto Rico, hoy día <u>28 de diciembre</u> de 2017.

| Nombre | Firma |
|---|---|
| Gilberto Pérez López | |
| Ángel Hernández Rolón | |
| Gabriel Mercado Hernández | |
| Elvin J. Otero Martínez | |
| William Matos Mercado | |



**AFFIDAVIT NÚM.** _____ 51,139 _____

Suscrita y reconocida ante mí por:, Gilberto Pérez López, soltero y vecino de Barranquitas; Angel Hernández Rolón, casado y vecino de Bayamón; Gabriel Mercado Hernández, casado y vecino de Barranquitas, Elvin J. Otero Martínez, soltero y vecino de Orocovis; todos mayores de edad y empleados, a quienes conozco personalmente en Barranquitas, Puerto Rico, a el día 28 de diciembre de 2017.



_____
Firma del Notario Público

**Sello Oficial del Notario Público**

Cláusulas de Incorporación
Cooperativa de Trabajo Asociado de Comunicaciones de PR



## C E R T I F I C A C I Ó N

Nosotros, la Junta de Directores de la **Cooperativa de Trabajo Asociado de Comunicaciones de P.R., por sus siglas COMUNICOOP,** por la presente certificamos que las Cláusulas que antecede fueron aprobadas por unanimidad en Asamblea de la Cooperativa, legalmente constituida y celebrada el día 28 de diciembre de 2017, según consta en el Libro de Actas de esta Cooperativa.

_____
**Gilberto Pérez López**
**Presidente**

_____
**Ángel Hernández Rolón**
**Secretario**

_____
**Elvin J. Otero Martínez**
**Tesorero**



Estado Libre Asociado de Puerto Rico
*Commonwealth of Puerto Rico*
**DEPARTAMENTO DE ESTADO**
*Department of State*

**FORMULARIO DE CATEGORÍAS DE CORPORACIONES SIN FINES DE LUCRO**
*FORMS FOR CATEGORIES OF NON PROFIT CORPORATION*

Cooperativa de Trabajo Asociado de Comunicaciones de P.R

Comuni Coop

NOMBRE DE LA CORPORACIÓN
*NAME OF THE CORPORATION*

A.   Naturaleza principal de los servicios o propósitos que mejor los describa.  (Debe seleccionar una de las categorías).

A.   *Principal nature of services or purposes that are better described.  (Please choose one of the categories).*

| | | | |
|---|---|---|---|
| ☐ | Servicios Sociales<br>*Social Services* | ☐ | Servicios Ambientales<br>*Environmentals Services* |
| ☐ | Servicios Legales y de Defensa de Derechos<br>*Legal Services and right defense* | ☒ | Desarrollo Económico, Social y Comunitario<br>*Economic, Social and Community Development* |
| ☐ | Servicios Educativos y de Investigación<br>*Educational and Search Investigation* | ☐ | Donativo<br>*Donation* |
| ☐ | Servicios de Salud<br>*Health Services* | ☐ | Actividades Internacionales<br>*International Activities* |
| ☐ | Arte y Cultura<br>*Art and Culture* | ☐ | Servicios Religiosos<br>*Religious Services* |
| ☐ | Servicios de Recreación y Deportes<br>*Recreation and Sports Services* | ☐ | Servicios Institucionales<br>*Institutional Services* |
| ☐ | Servicios de Vivienda<br>*Housing Services* | ☐ | Otros Servicios<br>*Another Services* |

*(Sello: DEPARTAMENTO DE ESTADO - REGISTRO DE CORPORACIONES - JAN 31 2018 - ESTADO LIBRE ASOCIADO DE PUERTO RICO)*

B.   Forma de Organización (seleccione la categoría general que mejor identifique su corporación).

B.   *Organization Form (please choose the best general categories that identify your corporation).*

| | | | |
|---|---|---|---|
| ☐ | Organización Profesional<br>*Professional Organization* | ☐ | Club Social<br>*Social Club* |
| ☐ | Organización Cívica<br>*Civic Organization* | ☐ | Organización Religiosa<br>*Religious Organization* |
| ☐ | Fundación<br>*Foundation* | ☐ | Organización de Base Comunitaria<br>*Community Base Organization* |
| ☐ | Organización Filantrópica<br>*Filantropic Organization* | ☒ | Servicios Institucionales<br>*Institutional Services* |

Modelo SC 848 5
CC 1300-10-01
11 oct 00

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA DE RENTAS INTERNAS
NEGOCIADO DE RECAUDACIONES

Recibo de Pago

Comprobante Núm. _____

A LA ORDEN DE

TITULAR

SC-848
RECIBO DE PAGO
NUM. 28KC-5H9Y8H6Y

TERMINAL# 00006      RECIBO# 801201800135
CAJERO# CTSSCM1      COLECTURIA# 0018
12/01/2018                    11:26 AM

CIF DEP: 1118        NUM. DEP.: 2018196
COLECTURIA DE CARGO: 1800

SSN/EIN: 999999999
NOMBRE: COMUNI COOP
COLOQUE SE...   DIRECCION:

**CANCELADO**

FECHA DE PAGO: 12/01/2018

CLAVE:   5133
DESC:    DERECHOS PAGADEROS 40%
FISCAL YEAR:   2018
PAGO: $12.00

TOTAL DEL PAGO...

COLECTOR:
    RAFAEL LOPEZ AROCHE

FIRMA:
    _____
    SANDRA CABRERA MALARET

Conservación. Diez años o una interve

AAINTERNALREVENUE VOUCHER.wpd