Case:18-04264-ESL13 Doc#:120-2 Filed:11/10/22 Entered:11/10/22 14:16:47 Desc:
Exhibit II - Certificate of Incorporation Page 1 of 2

EXHIBIT II



Government of Puerto Rico
Department of State

Transaction Date: 27-Nov-2017
Register No: 401779
Order No: 1339201

# Government of Puerto Rico

## Certificate of Incorporation of a Stock Corporation

### Article I - Corporation Name

**The name of the Domestic Corporation is: ELVINELECTRIC INC.**
**Desired term for the entity name is: Inc.**

### Article II - Designated Office and Resident Agent

Its designated office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **carretera 155 km 30 int bario barros urb colinas, rr1 10751, OROCOVIS, PR, 00720** |
| Mailing Address | **carretera 155 km 30 int bario barros urb colinas, rr1 10751, OROCOVIS, PR, 00720** |
| Phone | **(787) 325-8874** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **otero Martínez, Elvin j** |
| Street Address | **carretera 155 km.30 int barrio barros, rr1 10751, OROCOVIS, PR, 00720** |
| Mailing Address | **carretera 155 km.30 int barrio barros, rr1 10751, OROCOVIS, PR, 00720** |
| Email | **elvinelectric@gmail.com** |
| Phone | **(787) 325-8874** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**Trabajos electricos en general**

### Article IV - Capital Stock

The number and classes of authorized capital stock of this corporation are as follows:

| | |
|---|---|
| Class | **Common** |
| Share Number | **10** |
| Par Value | **$10.00** |

The denomination, faculties, preferences, and rights of the stock are:

**Fixed by the Board of Directors by corporate resolution.**

### Article V - Incorporators

The name, street and mailing address of each Incorporator is as follows:

| | |
|---|---|
| Name | **Otero Martínez, Elvin j** |
| Street Address | **carretra 155 k 30 interior bario barros urb colinas 1 casa 28, RR1 buzon** |

Case:18-04264-ESL13   Doc#:120-2   Filed:11/10/22   Entered:11/10/22 14:16:47   Desc:
Exhibit II - Certificate of Incorporation   Page 2 of 2

ELVINELECTRIC INC.                                                                                    Domestic Corporation

|  |  |
|---|---|
|  | 10751, OROCOVIS, PR, 00720 |
| Mailing Address | carretra 155 k 30 interior bario barros urb colinas 1 casa  28, RR1 buzon 10751, OROCOVIS, PR, 00720 |
| Email | elvinelectric@gmail.com |

## Article VI - Officers

If the faculties of the Incorporators will end upon the filing of the Certificate of Incorporation of a Stock Corporation, the names, physical and mailing address of the persons who will act as Officers until the first annual meeting of the members or until their successors replace them are as follows:

|  |  |
|---|---|
| Name | **Otero Martínez, Elvin j** |
| Title | **President** |
| Street Address | **carretra 155 k 30 interior bario barros urb colinas 1 casa  28, RR1 buzon 10751, OROCOVIS, PR, 00720** |
| Mailing Address | **carretra 155 k 30 interior bario barros urb colinas 1 casa  28, RR1 buzon 10751, OROCOVIS, PR, 00720** |
| Email | **elvinelectric@gmail.com** |
| Expiration Date | **Indefinite** |

## Article VII - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **27-Nov-2017**

## Supporting Documents

| Document | Date Issued |
|---|---|

## STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We Otero Martínez, Elvin j, the undersigned, for the purpose of forming a corporation pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 27th day of November, 2017.